12 OCT 24 PM 3:09

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **'12 CR 4386 CAB** |
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 1546(a) - Fraud and Misuse of Visas, Permits and Other Documents; Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer; Title 18, U.S.C., Sec. 1028A - Aggravated Identity Theft |
| ALEJANDRINA GISSELLE GUZMAN-SALAZAR, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about October 12, 2012, within the Southern District of California, defendant ALEJANDRINA GISSELLE GUZMAN-SALAZAR, when applying for entry into the United States at the San Ysidro, California Port of Entry, did knowingly use, attempt to use, and possess a document prescribed by statute or regulation for entry into the United States, or as evidence of authorized stay or employment in the United States, to wit: defendant presented a United States B1/B2 Visa (Form DSP-150) bearing the name and biographical information of another, knowing it to have been unlawfully obtained, in order to gain admission to the United States; in violation of Title 18, United States Code, Section 1546(a).

JRK:vp(1):San Diego
10/22/12

## Count 2

On or about October 12, 2012, within the Southern District of California, defendant ALEJANDRINA GISSELLE GUZMAN-SALAZAR, in a matter within the jurisdiction of the United States, namely, the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to a United States Customs and Border Protection Officer, that her true name was that of another, whereas in truth and fact as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

## Count 3

On or about October 12, 2012, within the Southern District of California, defendant ALEJANDRINA GISSELLE GUZMAN-SALAZAR, in a matter within the jurisdiction of the United States, namely, the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to a United States Customs and Border Protection Officer, that her true name was that of another, whereas in truth and fact as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

//

## Count 4

On or about October 12, 2012, within the Southern District of California, defendant ALEJANDRINA GISSELLE GUZMAN-SALAZAR, in a matter within the jurisdiction of the United States, namely, the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make and use a false writing knowing the same to contain a materially false fictitious, and fraudulent statement, that is she represented in writing to a United States Border Protection Officer, that her true name was that of another, whereas in truth and fact as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

## Count 5

On or about October 12, 2012, within the Southern District of California, defendant ALEJANDRINA GISSELLE GUZMAN-SALAZAR, in a matter within the jurisdiction of the United States, namely, the Department of Homeland Security, United States Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to United States Customs and Border Protection Officers, that her true name was that of another, whereas in truth and fact as defendant then and there well knew, those statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

//

<u>Count 6</u>

On or about October 12, 2012, within the Southern District of California, defendant ALEJANDRINA GISSELLE GUZMAN-SALAZAR, during and in relation to a violation of Title 18, United States Code, Section 1546(a), knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: a United States B1/B2 Visa (Form DSP-150) knowing that said means of identification belonged to another person; in violation of Title 18, United States Code, Section 1028A.

DATED: October 24, 2012.

A TRUE BILL:

_[signature]_
Foreperson

LAURA E. DUFFY
United States Attorney

By: _[signature]_
JOHN R. KRAEMER
Assistant U.S. Attorney